Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−19690−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mohammed R. Uddilnalam  
128 Amon Avenue  
Gloucester City, NJ 08030

Nasren Sultana  
128 Amon Avenue  
Gloucester City, NJ 08030

Social Security No.:
xxx−xx−5291

xxx−xx−8475

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 1, 2023.

Dated: March 1, 2023
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 22-19690-JNP

Mohammed R. Uddilnalam                                                Chapter 13

Nasren Sultana

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                              Page 1 of 2
Date Rcvd: Mar 01, 2023                Form ID: plncf13                    Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mohammed R. Uddilnalam, Nasren Sultana, 128 Amon Avenue, Gloucester City, NJ 08030-1824 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519786107 | ^ | MEBN | Mar 01 2023 20:55:51 | Federal Home Loan Corp, C/O KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519838787 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2023 20:58:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519786108 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2023 20:58:00 | Select Portfolio Servicing, Inc., Atten: Bankruptcy, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519787216 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 21:04:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 01, 2023 | Form ID: plncf13 | Total Noticed: 7 |

Date: Mar 03, 2023　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:**

**Name**　　　　　　　　　　**Email Address**

Denise E. Carlon

　　on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa

　　ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin C. Fayette

　　on behalf of Joint Debtor Nasren Sultana kfayette@kevinfayette.com

Kevin C. Fayette

　　on behalf of Debtor Mohammed R. Uddilnalam kfayette@kevinfayette.com

U.S. Trustee

　　USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5