UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

In Re:

    Mohammed R. Uddilnalam
    Nasren Sultana

Order Filed on June 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-19690

Adv. No.

Hearing Date: 06/13/2023

Judge: Jerrold N. Poslusny, Jr.

## ORDER TO APPROVE POST-PETITION FINANCING

The relief set forth on page number two (2) is hereby **ORDERED.**

**DATED: June 13, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No. 22-19690
Order To Approve Post-Petition Financing
Page 2

    Upon the Motion of the Debtor, for approval of Post-Petition Financing to pay off his Chapter 13 Bankruptcy Plan, and after notice and opportunity for hearing having been given to the Debtor(s) and all other parties in interest, and a hearing having been held by the Court and for cause shown;

    ORDERED- The Post-Petition Financing prepared by the New Jersey Housing & Mortgage Finance Agency, is hereby approved.