UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

In Re:
　　　Mohammed R. Uddilnalam
　　　Nasren　Sultana

**Order Filed on June 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 22-19690

Adv. No.

Hearing Date: 06/13/2023

Judge: Jerrold N. Poslusny, Jr.

## ORDER TO APPROVE POST-PETITION FINANCING

The relief set forth on page number two (2)　is hereby **ORDERED.**

**DATED: June 13, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No. 22-19690
Order To Approve Post-Petition Financing
Page 2


Upon the Motion of the Debtor, for approval of Post-Petition Financing to pay off his

Chapter 13 Bankruptcy Plan, and after notice and opportunity for hearing having been given to

the Debtor(s) and all other parties in interest, and a hearing having been held by the Court and for

cause shown;

ORDERED- The Post-Petition Financing  prepared by the New Jersey Housing &

Mortgage Finance Agency, is hereby approved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 22-19690-JNP

Mohammed R. Uddilnalam                                                      Chapter 13

Nasren Sultana
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                         Page 1 of 2

Date Rcvd: Jun 13, 2023                 Form ID: pdf903                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

**Recip ID              Recipient Name and Address**
db/jdb              +  Mohammed R. Uddilnalam, Nasren Sultana, 128 Amon Avenue, Gloucester City, NJ 08030-1824

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:**

**Name                    Email Address**

Denise E. Carlon
                        on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans
                        Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin C. Fayette
                        on behalf of Debtor Mohammed R. Uddilnalam kfayette@kevinfayette.com

Kevin C. Fayette
                        on behalf of Joint Debtor Nasren Sultana kfayette@kevinfayette.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 13, 2023                       Form ID: pdf903                                Total Noticed: 1
TOTAL: 5