Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 22−19690−JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mohammed R. Uddilnalam | Nasren Sultana |
| 128 Amon Avenue | 128 Amon Avenue |
| Gloucester City, NJ 08030 | Gloucester City, NJ 08030 |

Social Security No.:
  xxx−xx−5291                                 xxx−xx−8475

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Mohammed R. Uddilnalam and Nasren Sultana</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: December 27, 2023
JAN: dmb

                                                                <u>Jeanne Naughton, Clerk</u>