Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22–19690–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mohammed R. Uddilnalam | Nasren Sultana |
| 128 Amon Avenue | 128 Amon Avenue |
| Gloucester City, NJ 08030 | Gloucester City, NJ 08030 |

Social Security No.:
xxx–xx–5291                                         xxx–xx–8475

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 7, 2024</u>             <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court